■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v REGINALD BARKSDALE, Appellant. [15 NYS3d 693]—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Kings County (D'Emic, J.), imposed January 28, 2014, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed.

As the People correctly concede, the defendant's purported waiver of his right to appeal was invalid (see People v Bradshaw, 18 NY3d 257, 265 [2011]) and, thus, does not preclude review of his excessive sentence claim. However, the sentence imposed was not excessive (see People v Suitte, 90 AD2d 80 [1982]). Eng, P.J., Rivera, Hall, Austin and Cohen, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THOMAS BOONE, Appellant. [15 NYS3d 699]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated May 17, 2011 (People v Boone, 84 AD3d 1108 [2011]), affirming a judgment of the Supreme Court, Queens County, rendered July 26, 2004.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (see Jones v Barnes, 463 US 745 [1983]; People v Stultz, 2 NY3d 277 [2004]). Eng, P.J., Dillon, Balkin and Roman, JJ., concur.